1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

4 | WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

5 |    1301 Clay Street, Suite 340S
   Oakland, California 94612

6 |    Telephone: (510) 637-3693
   FAX: (510) 637-3724

7 |    Email: wade.rhyne@usdoj.gov

8 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR-14-71434 MAG |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER TO CONTINUE HEARING FROM MARCH 3, 2015 TO APRIL 14, 2015 AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| | ) Date: April 14, 2015 |
| MITCHELL PHILLIP WOLF, | ) Time: 9:30 a.m. |
| Defendant. | ) |

The above-entitled matter is set before this Court on March 3, 2015 at 9:30 a.m. for status. The parties have jointly request that the hearing be continued to April 14, 2015 at 9:30 a.m., and that the Court exclude time under the Speedy Trial Act and extend time under Rule 5.1(c) and (d).

According to the parties, Defendant Mitchell Phillip Wolf was charged in a criminal complaint with a single count of possession of child pornography in violation of 18 U.S.C. § 2252(a)(4)(B). The allegations include the possession of contraband material on multiple pieces of digital media (including hard drives, a computer, CDs, and DVDs) collectively containing large amounts of digital data. To date, the United States has produced discovery, including making the digital media available for review by defense counsel. However, due to the amount of the digital data in this case, and because the parties

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CR-14-71434 MAG

have been actively working towards a negotiated disposition, the parties jointly request additional time to effectively prepare the case for further disposition.  Since the last appearance before this Court, the parties have researched the applicability of the Sentencing Guidelines, including the specific offense characteristics set forth in U.S.S.G. § 2G2.2.  However, additional time is needed to continue the review of discovery and to conduct legal research.

On that basis, the parties have jointly requested this court to set the matter on April 14, 2015 at 9:30 a.m. for status or waiver of indictment, and that the Court exclude time under the Speedy Trial Act, and extend time under Rule 5.1(c) and (d), between March 3, 2015 and April 14, 2015.  The parties agree that the extension is not sought for delay, and that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  The parties further agree that the extension of time is made with the defendant's consent and upon a showing of good cause.  Accordingly, the parties further stipulated and requested that the Court exclude time, and extend time, between March 3, 2015 and April 14, 2015 under the Speedy Trial Act for effective preparation of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and under Rule 5.1(c) and (d), respectively.

For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.  The Court further finds that the extension of time is made with the defendant's consent and for good cause shown.  Accordingly, for good cause shown, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and **IT IS HEREBY ORDERED** that the hearing in this matter is continued from March 3, 2015 to April 14, 2015 at 9:30 a.m. and that time between March 3, 2015 and April 14, 2015 is excluded under the Speedy Trial Act to allow for the effective preparation of defense counsel, taking into account the exercise of due diligence.  IT IS FURTHER ORDERED that the time for a preliminary hearing is extended under Rule 5.1(c) and (d) for the same date range based on the defendant's consent and for good cause shown.

**IT IS SO ORDERED.**

DATE:  2/23/15

_____
KANDIS WESTMORE
MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CR-14-71434 MAG